The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RANDY LANGLEY, an individual,<br><br>        Plaintiff,<br><br>        v.<br><br>CLUB BROADWAY ENTERTAINMENT CENTER, INC., d/b/a BIG APPLE CASINO and d/b/a BROADWAY CLUB/ENTERTAINMENT CLUB., a Washington Corporation, and ALLEN HEMMAT and MRS. JANE DOE HEMMAT and their marital community,<br><br>        Defendants. | CASE NO. 06-0070 RSM<br><br>**STIPULATION AND ORDER REGARDING SCHEDULING** |

## STIPULATION

        **WHEREAS**, this Court filed an Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement on June 2, 2006 setting the date for parties to exchange Initial Disclosures on July 7, 2006 and the dates for parties to file a Combined Status Report on July 14, 2006, parties have already completed the FRCP 26(f) conference, and that parties will be meeting before a mediator in an attempt to resolve this matter on July 11, 2006.

        **IT IS THEREFORE AGREED**, by and between the parties to the above-entitled matter, that these dates shall be rescheduled as follows:

Initial Disclosures Pursuant to FRCP 26(a)(1) – Friday, July 21, 2006;

Combined Joint Status Report and Discovery Plan – Friday, July 28, 2006.

DATED this _____ day of July, 2006.        DATED this _____ day of July, 2006.

**THE BLANKENSHIP LAW FIRM, P.S.**        **SINSHEIMER & MELTZER, INC.**

By: _____        By: _____
    Scott C.G. Blankenship                          Ronald J. Meltzer
    WSBA No. 21431                                  WSBA No. 1203
    Garrett R. Ferencz
    WSBA No. 32883                                  *Attorneys for Defendants*

*Attorneys for Plaintiff*

## ORDER

**IT IS SO ORDERED** this 7th day of July, 2006.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE